1058

[No. 24303-6-III.   Division Three.   September 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MAC TEEJAY
ALBRECHT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00235-6, Craig J. Matheson, J., entered June 3, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 24427-0-III.   Division Three.   September 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY DALE
WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00319-8, Michael P. Price, J., entered July 25, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24441-5-III.   Division Three.   September 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JANET KATHERINE
BOYLES, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-1-00009-5, Rebecca M. Baker, J., entered July 19, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24504-7-III.   Division Three.   September 7, 2006.]

MICHAEL G. MOCK ET AL., *Respondents*, v. JAMES E. COOK
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whitman County, No. 05-2-00035-8, David Frazier, J., entered September 2, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J.